## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., <br><br> Plaintiff, <br><br> v. <br><br> PROGENITY, INC., <br><br> Defendant, | Civil Action No. 1:20-cv-01734-RGA <br><br> **JURY TRIAL DEMANDED** |

## **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Plaintiff Ravgen, Inc. ("Plaintiff") and Defendant Progenity, Inc. ("Defendant") respectfully submit this Stipulation and [Proposed] Order for the Court's consideration.

1. WHEREAS, Plaintiff filed its Complaint on December 21, 2020;

2. WHEREAS, Plaintiff and Defendant have conferred and agreed to extend the deadline for Defendant to move, answer or otherwise respond to the Complaint through and including February 23, 2021;  and

4. WHERAS, no party will be prejudiced by a brief extension of such date:


IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendant to answer, move, or otherwise respond to the Complaint is extended to February 23, 2021.

-2-

Dated: January 5, 2021

| | |
|---|---|
| **FARNAN, LLP** | **WILSON SONSINI GOODRICH & ROSATI, P.C.** |
| /s/ *Brian E. Farnan* | /s/ *Ian R. Liston* |
| Brian E. Farnan (Bar No. 4089) | Ian R. Liston (Del. Bar No. 5507) |
| Michael J. Farnan (Bar No. 5165) | 222 Delaware Avenue, Suite 800 |
| 919 N. Market St., 12th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 304-7600 |
| (302) 777-0300 | iliston@wsgr.com |
| bfarnan@farnanlaw.com | |
| mfarnan@farnanlaw.com | *Counsel for Defendant Progenity, Inc.* |
| | |
| *Counsel for Plaintiff Ravgen, Inc.* | |

**SO ORDERED** this ___ day of _____, 2021.

_____
The Honorable Richard G. Andrews
United States District Judge