## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 1:20-cv-01734-RGA-JLH <br> ) |
| PROGENITY, INC., | ) <br> ) <br> ) |
| Defendant. | ) <br> ) <br> ) |

## STIPULATION AND ~~(PROPOSED)~~ ORDER TO AMEND PARTY NAME AND CASE CAPTION

WHEREAS, Defendant Progenity, Inc., changed its name to Biora Therapeutics, Inc. effective as of April 26, 2022, as evidenced in the Certificate of Amendment of Certificate of Incorporation of Progenity, Inc., attached hereto as Exhibit A,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, and subject to the approval of the Court, that:

1) All submissions made in the above-captioned action on behalf of "Progenity, Inc." shall be deemed to have been made on behalf of Biora Therapeutics, Inc.;

2) Biora Therapeutics, Inc. shall be referred to by its new name going forward in this action; and

3) The case caption shall be changed to:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BIORA THERAPEUTICS, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 1:20-cv-01734-RGA-JLH |

Dated: February 3, 2023

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

WILSON SONSINI GOODRICH
  & ROSATI, P.C.

/s/ Ian R. Liston
Ian R. Liston (#5507)
Jennifer A. Ward (#6476)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com
jward@wsgr.com

*Attorneys for Defendant*

IT IS SO ORDERED this __8th__ day of __February__ 2023.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge